# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYANT WILEY, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO.  15-5943 |
| UNIVERSAL UNDERWRITERS : | |
| INSURANCE COMPANY, : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 6th day of February, 2017, upon consideration of the Motion for Summary Judgment by Defendant Universal Underwriters Insurance Company (Docket No. 13), Plaintiff's Response in Opposition (Docket No. 15), Plaintiff's Motion for Summary Judgment (Docket No. 14), and Defendants' Reply (Docket No. 16), it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's Motion for Summary Judgment is **DENIED**.

It is further **ORDERED** that a **TELELPHONIC STATUS CONFERENCE** is scheduled for **Friday, March 3, 2017 at 10:00 a.m.**  Plaintiff's counsel shall initiate the call with opposing counsel and Judge Stengel at 267-299-7760.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL,  J.